IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:98CR92 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JEFFREY S. GUNDERSEN, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to modifiy/reinstate his supervised release in the District of Nebraska. Filing No. 177. Gundersen was found guilty of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846 and possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). He was sentenced to imprisonment of 240 months and ten years of supervised release. Thereafter, Gundersen appealed and his conviction was affirmed. *United States v. Gundersen,* 195 F.3d 1035 (8th Cir. 1999). This court then transferred jurisdiction of the probationer on supervised release to the United States District Court for the Southern District of Iowa. Filing No. 175. Gundersen now asks this court to modify his supervised release and return him to Nebraska. However, this court has no jurisdiction, as the case has been transferred to United States District Court for the Southern District of Iowa. Defendant must file his request in that court.

THEREFORE, IT IS ORDERED that the defendant's motion to modify or reinstate, Filing No. 177, is denied.

DATED this 5th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge